**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISBY QUICHE-JUT,<br>(A-Number: 222-559-755)<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-03105 JLT EGC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 12)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH A BOND HEARING, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Crisby Quiche-Jut is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 15, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition. (Doc. 12.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 12.) On May 13, 2026, Respondents filed objections. (Doc. 14.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.      The Findings and Recommendations issued on May 15, 2026, (Doc. 12), are

        **ADOPTED** in full.

1

2.    The petition for writ of habeas corpus is **GRANTED**.

3.    Respondents are **ORDERED TO PROVIDE** Petitioner with a substantive bond hearing within 14 days before an Immigration Judge at which the government will bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a risk of flight or a danger to the community if he is released. In the alternative, or if the government fails to timely provide said hearing, Respondents are ORDERED TO RELEASE Petitioner immediately.

4.    At least 72 hours before the scheduled hearing, the Petitioner **SHALL** receive notice of the hearing. He **SHALL** have the right to be represented by counsel at the hearing, and he **SHALL** be entitled to appear at the hearing. If counsel has filed an appearance in the immigration proceedings, at least 72 hours before the hearing, counsel **SHALL** receive notice of the scheduled hearing.

4.    The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **May 28, 2026**

UNITED STATES DISTRICT JUDGE

2